UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-194-1 (3)

FILED IN OPEN COURT
ON 6-29-2011 jk
Dennis P. Iavarone, Clerk
U.S. District Court
Eastern District of NC

IN RE: :
:
FOUR-COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF JUNE 29, 2011 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on ___Jun 29, 2011___, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing the arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the __29th__ day of ___June___, 2011.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

2