UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-194-3

FILED IN OPEN COURT
ON 7-12-2011 SM
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA :
:
V. : ORDER TO UNSEAL INDICTMENT
:
ROBERT PERNELL WILKINS, :
JOHN HENRY SIMES, :
CHARLES HARGROVE, JR., :
        DEFENDANTS. :

Upon motion of the United States of America, and for good cause shown, the sealed Four (4) Count Indictment returned by the Grand Jury for the Eastern District of North Carolina on June 29, 2011, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This _12_ day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE