IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-194-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| CHARLES HARGROVE,   ) | |
| ) | |
| Defendant.   ) | |

For the reasons stated in open court (which are incorporated herein by reference), the appeal of the detention order of July 19, 2011, is DENIED.

SO ORDERED. This 16 day of August 2011.

JAMES C. DEVER III
United States District Judge